

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00510-CV

**EX PARTE** Mark **VILLARREAL**

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-04491
Honorable Michael E. Mery, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice
              Luz Elena D. Chapa, Justice

Delivered and Filed:  January 21, 2015

AFFIRMED IN PART; REVERSED AND REMANDED IN PART

Mark Villarreal appeals the trial court's order denying his petition for expunction. Currently before us is a joint motion filed by Villarreal and the Texas Department of Public Safety requesting that we (1) affirm the trial court's judgment as it pertains to the arrest on October 6, 2007 for Possession of Marijuana; (2) reverse the portion of the judgment denying an expunction of the arrest on August 7, 2008 for Theft of Property; and (3) render judgment granting an expunction of the August 7, 2008 arrest records. We do not have the authority to make the requested findings in this matter. *See Tex. Dep't of Pub. Safety v. Trautmann*, No. 04-96-00786, 1996 WL 721950, at *1 (Tex. App.—San Antonio Dec. 11, 1996, no writ) (not designated for publication). Accordingly, we grant the motion in part, affirm the order denying the petition for expunction as it pertains to the October 6, 2007 arrest, reverse the order of expunction as it relates

to the August 7, 2008 arrest, and remand the case to the trial court for further proceedings. *See* TEX. R. APP. P. 42.1(a)(2)(B), 43.2(d). Costs of the appeal are taxed against Villarreal. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").

PER CURIAM